UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>   Plaintiff,<br><br> v.<br><br>GAVIN NEWSOM, *et al.*,<br><br>   Defendants. | Case No. 2:23-cv-02743-JDP (PC)<br><br>**ORDER**<br><br>DENYING PLAINTIFF'S MOTION FOR COUNSEL AND DIRECTING HIM TO FILE AN AMENDED COMPLAINT WITHIN THIRTY DAYS<br><br>ECF Nos. 8 |

  On January 17, 2024, I screened plaintiff's complaint and notified him that it did not state a cognizable claim. ECF No. 5. I granted him thirty days to file either an amended complaint or an advisement indicating his intent to stand by his current one, subject to a recommendation that it be dismissed. After plaintiff failed to timely file an amended complaint, on March 18, 2024, I ordered plaintiff to show cause for why this action should not be dismissed for failure to prosecute and failure to comply with court orders. ECF No. 7. In response, plaintiff filed a motion for counsel and explained why his initial complaint was not deficient. ECF No. 8. In light of plaintiff's representations, I will afford him a final opportunity to file an amended complaint. However, I will deny his request for counsel.

  Plaintiff does not have a constitutional right to appointed counsel, *see Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997), and the court lacks authority to require an attorney to

represent plaintiff. *See Mallard v. U.S. Dist. Ct. for the S. Dist. of Iowa*, 490 U.S. 296, 298 (1989). The court can request the voluntary assistance of counsel. *See* 28 U.S.C. § 1915(e)(1) ("The court may request an attorney to represent any person unable to afford counsel"); *Rand*, 113 F.3d at 1525. But without a means to compensate counsel, the court will seek volunteer counsel only in exceptional circumstances. In determining whether such circumstances exist, "the district court must evaluate both the likelihood of success on the merits [and] the ability of the [plaintiff] to articulate his claims pro se in light of the complexity of the legal issues involved." *Rand*, 113 F.3d at 1525 (internal quotation marks and citations omitted).

I cannot find that the appointment of counsel is warranted here. The allegations in the complaint are not exceptionally complicated and plaintiff has not demonstrated that he is likely to succeed on the merits.

Accordingly, it is hereby ORDERED that:

1. Plaintiff's motion for counsel, ECF No. 8, is denied.

2. Plaintiff shall file an amended complaint within thirty days of this order's entry.

3. Failure to comply with this order will result in a recommend that this action be dismissed.

IT IS SO ORDERED.

Dated:   July 11, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE