UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GAVIN NEWSOME, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-02743-DC-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, IN PART<br><br>(Doc. No. 10) |

  Plaintiff Davood Khademi is a county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

  On October 10, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to Plaintiff's failure to prosecute, failure to comply with court orders, and failure to state a cognizable claim. (Doc. No. 10.) In particular, on January 17, 2024, the court screened Plaintiff's complaint and determined that Plaintiff had failed to state a cognizable claim for relief, and the court therefore directed Plaintiff to file an amended complaint within thirty days. (Doc. No. 5.) Plaintiff did not thereafter file an amended complaint. Accordingly, on March 18, 2024, the court issued an order to Plaintiff to show cause why this case should not be dismissed due to his failure to prosecute and failure to comply with court orders. (Doc. No. 7.) In light of Plaintiff's response to that order

1  to show cause, the magistrate judge granted plaintiff another opportunity to amend his complaint
2  within thirty days. (Doc. No. 9.) Because plaintiff did not timely file an amended complaint, the
3  magistrate judge issued the pending findings and recommendations on October 10, 2024. (Doc.
4  No. 10.) Those findings and recommendations were served on Plaintiff and contained notice that
5  any objections thereto were to be filed within fourteen (14) days after service. (Doc. No. 10 at 3.)
6  On October 17, 2024, Plaintiff filed objections to the pending findings and recommendations.
7  (Doc. No. 11.)

8  In his objections, Plaintiff explains that he "is indigent and unable to pay for papers and
9  pens in order to file a new amended complaint," and he requests that the court to provide him
10 with those supplies. (Doc. No. 11.) However, it is not clear from Plaintiff's objections that he has
11 in fact asked the South Placer County Jail for paper to use in preparing legal documents and that
12 his request has been denied. In addition, the court notes that the magistrate judge's January 17,
13 2024 screening order included a directive to the Clerk of the Court to provide plaintiff with a
14 § 1983 complaint form to use in preparing his amended complaint. (*See* Doc. No. 5 at 3.) Yet
15 Plaintiff did not utilize this form to amend his complaint. Out of an abundance of caution and in
16 the event Plaintiff did not receive the § 1983 form complaint that was mailed to him, the
17 undersigned will again direct the Clerk of the Court to provide Plaintiff with that form for his use
18 in filing an amended complaint.

19 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a
20 *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's
21 objections, the court concludes that the findings and recommendations are supported by the
22 record and by proper analysis. However, in light of Plaintiff's objections, Plaintiff will be granted
23 a final opportunity to file an amended complaint within thirty (30) days from the date of this
24 order. Accordingly, the undersigned will adopt the findings and recommendations, in part, and
25 dismiss Plaintiff's complaint due to his failure to state a cognizable claim for relief, with leave to
26 amend.
27 \ \ \
28 \ \ \

Accordingly:

1. The findings and recommendations issued on October 10, 2024 (Doc. No. 9) are adopted in part;
2. Plaintiff's complaint is dismissed, with leave to amend, due to Plaintiff's failure to state a cognizable claim for relief;
3. Within thirty (30) days from the date of this order, plaintiff may file a first amended complaint;
4. The Clerk of the Court shall send Plaintiff a Section 1983 complaint form along with the service copy of this order; and
5. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **November 7, 2024**

Dena Coggins
United States District Judge

3