UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI, | Case No. 2:23-cv-2743-DC-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| GAVIN NEWSOME, *et al.*, | |
| Defendants. | |

On April 30, 2025, I screened plaintiff's second amended complaint and found that it sufficiently alleged an Eighth Amendment claim against defendants Vartenian and Burch, but that its other claims failed. ECF No. 17. I provided plaintiff with the opportunity to file either an amended complaint that addressed the deficiencies noted in the April 30 order or a notice that he wished to proceed with the Eighth Amendment claims. *Id.* Plaintiff filed an amended complaint a week later.[1] ECF No. 18. I screened that complaint and found that it failed to state a claim. ECF No. 21. I granted plaintiff thirty days to file an amended complaint. *Id.* When plaintiff did not respond by the deadline, I issued an order to show cause directing plaintiff to explain why this

---

[1] The court is concerned that plaintiff may have filed his third amended complaint before he received the court's April 30 order, considering the mere-three-day interval between the court's issuance of its order and plaintiff affixing his signature to the third amended complaint. If plaintiff wishes to proceed with the claims found cognizable in the second amended complaint, he should notify the court within twenty-one days.

1

case should not be dismissed for failure to prosecute, failure to comply with court orders, and failure to state a claim. *Id.* Plaintiff has filed a response in which he seems to indicate his intent to proceed on the Eighth Amendment claim from his second amended complaint, but he also suggests that he wants to add an allegation that his laptop and books were stolen. ECF No. 23.

In light of plaintiff's response, the court will provide plaintiff with twenty-one days to file either a fourth amended complaint or a notice that he wishes to proceed with the Eighth Amendment claims found cognizable in the second amended complaint. Should plaintiff fail to comply with this order, I will recommend that this action be dismissed for failure to state a claim, failure to comply with court orders, and failure to prosecute.

IT IS SO ORDERED.

Dated:   November 26, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2