UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI, | Case No.  2:23-cv-2743-DC-JDP (P) |
| Plaintiffs, | |
| v. | FINDINGS AND RECOMMENDATIONS |
| VARTENIAN, *et al.*, | |
| Defendants. | |

On November 26, 2025, I directed plaintiff to indicate whether he wished to proceed with the Eighth Amendment claims I determined were cognizable, or file another amended complaint. ECF No. 26.  After plaintiff indicated his desire to proceed with the cognizable claims, ECF No. 27, I entered an order directing submission of service documents, ECF No. 28.  That last order was returned as undeliverable at the address currently listed for plaintiff.

It is a plaintiff's duty to keep the court informed of his current address.  In relevant part, Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party.  Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective."  Further, Local Rule 183(b) provides: "A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address.  If mail directed to a plaintiff in propria persona by the Clerk is returned by the

1

U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute."

More than thirty days have passed since the court order was returned by the postal service, and plaintiff has failed to notify the Court of a current address.

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice for failure to prosecute.  *See* E.D. L.R. 183(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.


Dated:    March 6, 2026                                    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

2