UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVOOD KHADEMI,

　　　　Plaintiff,

　　v.

VARTENIAN, et al.,

　　　　Defendants.

Case No.  2:23-cv-02743-DC-JDP (PC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS

(ECF No. 29)

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On March 6, 2026, the magistrate judge filed findings and recommendations herein were served on plaintiff, and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 29.)  Plaintiff has not filed objections to the findings and recommendations and the time in which to do so has passed.

The court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").  Having reviewed the file, the court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed on March 6, 2026 (ECF No. 29), are ADOPTED;

2. This action is dismissed without prejudice due to Plaintiff's failure to prosecute; and

3. The Clerk of the Court is directed to close this case.


IT IS SO ORDERED.

Dated:    **March 30, 2026**

Dena Coggins
United States District Judge

2