UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVOOD KHADEMI,

Plaintiff,

v.

VARTENIAN, *et al.*,

Defendants.

Case No. 2:23-cv-2743-DC-JDP (P)

ORDER TO SHOW CAUSE

On July 24, 2026, documents sent to plaintiff were returned as undeliverable at the address listed for him.

It is a plaintiff's duty to keep the court informed of his current address. In relevant part, Local Rule 182(f) provides: "Each appearing attorney and pro se party is under a continuing duty to notify the Clerk and all other parties of any change of address or telephone number of the attorney or the pro se party. Absent such notice, service of documents at the prior address of the attorney or pro se party shall be fully effective." Further, Local Rule 183(b) provides: "A party appearing in propria persona shall keep the Court and opposing parties advised as to his or her current address. If mail directed to a plaintiff in propria persona by the Clerk is returned by the U.S. Postal Service, and if such plaintiff fails to notify the Court and opposing parties within thirty (30) days thereafter of a current address, the Court may dismiss the action without prejudice

for failure to prosecute."

The court has considered whether plaintiff's claims should be dismissed or other sanctions imposed based on his failure to update his address. Nevertheless, in light of plaintiff's pro se status, and the court's desire to resolve the action on the merits, plaintiff will be granted an additional opportunity to update his address.

Accordingly, IT IS HEREBY ORDERED that within twenty-one days of the date of this order, plaintiff shall show cause for his failure to keep the court apprised of his current address; failure to respond to this order will result in dismissal of his claims under L.R. 183(b).

IT IS SO ORDERED.

Dated: August 26, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE