UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVOOD KHADEMI,<br>Plaintiffs,<br>v.<br>VARTENIAN, *et al.*,<br>Defendants. | Case No. 2:23-cv-2743-DC-JDP (P)<br><br>FINDINGS AND RECOMMENDATIONS |

This action was dismissed on March 31, 2026, after plaintiff failed to prosecute it. Three months later, on June 17, 2026, plaintiff filed a motion to re-open the case, alongside an appeal to the Court of Appeals. ECF Nos. 33 & 34. The Court of Appeals remanded the matter to this court to consider the pending motion to reopen, ECF No. 33, and that motion was referred to me by the district judge, ECF No. 37.

On July 24, 2026, mail sent to plaintiff was returned as undeliverable. On August 26, 2026, I entered an order directing plaintiff to show cause for his failure to keep the court apprised of his current address, as demanded by Local Rule 183(b). ECF No. 38. That order was also returned as undeliverable, and more than twenty-one days have now passed. Accordingly, I recommend that plaintiff's motion to reopen be denied, as there is no sense in reopening a case that a claimant has declined to prosecute.

Accordingly, it is hereby RECOMMENDED that plaintiff's motion to reopen, ECF No. 33, be DENIED based on his failure to keep the court apprised of his current address and to failure to prosecute. This action should remain closed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated: October 27, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE